RECEIVED OCT 20 2015 DOUGLAS E. ARPERT U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Douglas E. Arpert |
| v. | Mag. No. 15-1520 |
| TIMOTHY KRAN | **ORDER** |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (J. Brendan Day, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant temporarily, pending his placement in an appropriate residential drug-treatment facility, as determined by the U.S. Pretrial Services Agency ("Pretrial Services"); and the defendant having consented to such detention; and for the reasons stated on the record; and for good cause shown:

IT IS, therefore, on this 20th day of October, 2015,

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the defendant be detained temporarily, and that he be committed to the custody of the Attorney General or his authorized representative pending placement in an appropriate i residential drug-treatment facility, as determined by Pretrial Services; and it is further

ORDERED that, pursuant to Title 18, United States Code, Section 3142(c), upon confirmation by Pretrial Services of the defendant's

placement in an appropriate residential drug-treatment facility, the defendant shall be released from custody; and it is further

ORDERED that upon his release, Pretrial Services shall coordinate and supervise the defendant's transportation to such residential drug-treatment facility; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that while the defendant is in custody he be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, while the defendant is in custody, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that upon the defendant's successful completion of an appropriate residential drug-treatment program, the Court shall hold an in-person status conference to determine potential conditions of release at that time.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge